**Petition for Writ of Mandamus Denied and Memorandum Opinion Issued July 11, 2025.**



In The

# Fifteenth Court of Appeals

———————

## NO. 15-25-00106-CV

———————

### IN RE NONPARTY PATIENT NO. 15, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-08026-2024**

---

## MEMORANDUM   OPINION

The Court has considered relator Nonparty Patient No. 15's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, the petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.